

ORIGINAL

ISAIAH SMITH
P.O BOX #163411
Fort Worth, Texas, 76161
iscampaign@usa.com
929-324-1161

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| ISAIAH SMITH, | ) Case No. **4-16CV- 176A** |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| vs. | ) |
| | ) |
| MANAGEMENT AND TRAINING | ) |
| CORPORATION, | ) |
| Defendant. | ) |

### FIRST ORIGINAL COMPLAINT

To the Honorable Judge of Said Court,

Comes now Plaintiff, ISAIAH SMITH, and filed his Complaint against the adobe-named Defendant. Plaintiff reserves the right to re-pleas if new claims and issues arise upon further development of the facts, and as permitted by law. Plaintiff would respectfully show the court the following:

#### I.      Introduction

1. This is an action of sex discrimination and retaliation in violation of Title VII of the 1964 Civil Rights Act of 1964, 42 U.S.C. 2000e, et seq.

#### II.     Jurisdiction

2. This Court has original jurisdiction in this action pursuant to 28 U.S.C. Sections 1331 and 1343 and 42 U.S.C. Section 2000e-5, in as much as the

matter in controversy is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e et seq.

### III.   Venue

3. This venue is proper before this Court because the events and omissions given rise to the Plaintiff's claims occurred in the Northern District of Texas and in the Fort Worth Division. See 28 U.S.C. § 1391.

4. The jurisdiction of this Court is invoked to secure protection and redress deprivation of rights guaranteed by federal law, which rights provide for injunctive relief and other relief for illegal employment discrimination.

### IV.   The Parties

5. Plaintiff ISAIAH SMITH is a male who is a citizen of the State of Texas who resides in Tarrant County, Texas. His address is: P.O Box #163411, Fort Worth, Texas, 76161.

6. The defendant MANAGEMENT AND TRAINING CORPORATION is a Utah corporation that conducts business in the State of Texas. The defendant may be served by (1) serving its registered agent CT Corporation Systems, 1999 Bryan St, Ste 900, Dallas, TX 75201; (2) their corporate office address at 500 N. Marketplace Drive Centerville, UT 84014 or at (3) 500 N. Marketplace Drive P. O. Box 10 Centerville, UT 84014.

### V.   The Facts

### A. About ISAIAH SMITH

7. ISAIAH SMITH is currently 20 years old and is a former correctional officer of MANAGEMENT AND TRAINING CORPORATION, in which

ISAIAH SMITH previously worked at the Bridgeport Correctional Center in Bridgeport, Texas.

8. Plaintiff ISAIAH SMITH identifies as a gay male in his personal life.

9. As an employee of MANAGEMENT AND TRAINING CORPORATION, ISAIAH SMITH was subjected to sex discrimination, sexual harassment and retaliation.

## B. Incidents that occurred during "On the Job Training", in which is also known as "OJT"

10. On or around the date of June 2nd, 2014, ISAIAH SMITH was employed as a correctional officer of MANAGEMENT AND TRAINING CORPORATION to work at the Bridgeport Correctional Center in Bridgeport, Texas.

11. ISAIAH SMITH started "On the Job Training" (also known as "OJT") at the Bridgeport Correctional Center. His direct supervisor was Pamala Galloway and his other supervisor was Correctional Officer Lima Perez.

12. During on the job training, ISAIAH SMITH was subjected to sex discrimination and sexual harassment on a daily basis.

13. ISAIAH SMITH was paired by the training manager with several officers that were in charge of teaching ISAIAH SMITH as to the correctional officer position. Some of the male officers frequently talked about "oral sex", sexual relationships, and other sexual activities that they like to do in the bedroom during sex.

14. Some of the male officers that ISAIAH SMITH was training with repetitively kept on asking ISAIAH SMITH questions about his personal life

in regards to ISAIAH SMITH'S sexual activity due to him being a male who likes men in his personal life.

15. The "sexual" comments and questions that he was being asked made ISAIAH SMITH feel extremely uncomfortable and violated. Specifically during the conversations ISAIAH SMITH felt as if he was being sexually harassed.

16. Correctional Officer Wortman was an officer that ISAIAH SMITH was assigned repetitively with to the picket position during On the Job Training. While in the picket with Officer Wortman, that officer began to share his sexual history and experiences with ISAIAH SMITH and tried to ask Mr. SMITH about his sexual orientation and what sexual acts that he likes to do in the bedroom.

17. ISAIAH SMITH reported the incidents of sexual harassment to Training Manager Pamala Galloway, however she was deliberately indifferent to his complaints. Specifically she told ISAIAH SMITH to "Man Up" after ISAIAH SMITH reported to her incidents of sexual harassment to her.

18. Despite ISAIAH SMITH'S complaints to his supervisors regarding the sexual harassment, ISAIAH SMITH was still paired with Correctional Officer Wortman.

19. The training manager repetitively paired ISAIAH SMITH with Officer Wortman even when ISAIAH SMITH asked to be paired with another officer during "OJT." Being paired with Officer Wortman made ISAIAH SMITH extremely uncomfortable and made him feel violated.

20. In one incident when Correctional Officer Blake Wortman was talking about his sexual history and sexual activity, a nurse on the phone overheard his comments and reported the incident to Major Rocky Hidrogo.

21. ISAIAH SMITH was called in Major Hidrogo's office and attempted to explain to Major Hidrogo that he was not involved with the conversation and that he felt as though he was being sexually harassed.

22. Major Rocky Kidrogo was deliberately indifferent to the complaint that ISAIAH SMITH made and he then threatened ISAIAH SMITH with termination if that incident ever happened again, despite Correctional Officer Blake Wortman taking "full responsibility" for sexual comments that were made.

23. After ISAIAH SMITH'S meeting with Major Hidrogo, ISAIAH SMITH was still paired with Correctional Officer Wortman and Officer Wortman kept on making sexual comments. This made ISAIAH SMITH feel violated and extremely uncomfortable.

24. Correctional Officer Blake Wortman also began to give ISAIAH SMITH suggestions as to how to deal with inmates. Specifically he told ISAIAH SMITH to wink at the inmates due to ISAIAH SMITH being gay in his personal life.

25. Other times during "OJT" some of the officers at the Bridgeport Correctional Center in "On the Job Training" kept on accusing ISAIAH SMITH as to walking in a feminine way and bullied ISAIAH SMITH for not walking like a straight man. Those incidents of harassment were reported to ISAIAH SMITH'S supervisors however his supervisors ignored his complaints and they did not stop the bulling and the harassment that ISAIAH SMITH was going through.

26. ISAIAH SMITH was repetitively sexually harassed by some of the officers due to the fact that he was gay in his personal life. Specifically some of the

officers told ISAIAH SMITH that, "You're Goanna Get Raped" due to the fact that ISAIAH SMITH is gay in his personal life.

27. That above-mentioned incident was reported to ISAIAH SMITH'S supervisors; however Training Manager Pamala Galloway was deliberately indifferent as to ISAIAH SMITH'S complaint. Instead of addressing the issue, she told ISAIAH SMITH that, "They are worried about you."

28. During "OJT" there was an incident in which an offender called ISAIAH SMITH a female. ISAIAH SMITH reported that conduct to Training Manager Pamala Galloway, however the Training Manager instead asked ISAIAH SMITH if he was gay or not.

29. Supervisors at the Bridgeport Correctional Center refused to investigate ISAIAH SMITH'S complaint regarding the above-mentioned incident and instead told ISAIAH SMITH that they would not address the issue and that he had to address the issue with the inmate after he finished "On the Job Training."

30. Questioning an individual about whether or not they are a "male who likes men" in their "personal life" for an employment question is not appropriate and made ISAIAH SMITH feel extremely uncomfortable.

**C. Incidents that occurred after "On The Job Training"**

31. ISAIAH SMITH was assigned to work on "D Card" after completing his "On The Job Training." The Supervisor of "D" card was Lieutenant Michael Lane and Sergeant Ricki King.

32. During "D Card" Correctional officers Deonte Booker and then Correctional Officer Tate began to daily harass me due to both of those officers telling me

that I "needed to be a man" and in which they also me that that I was "not man enough."

33. Oher incidents would involve Officers Deonte Booker and then Correctional Officers Tate openly discussing my sexual orientation with offenders at the Bridgeport Correctional Center and openly mocking me due to ISAIAH SMITH being gay in his personal life.

34. ISAIAH SMITH repetitively requested from the supervisors on "D Card" to be paired up with people that were not harassing him due to him being gay and ISAIAH SMITH was repetitively denied his request.

35. When ISAIAH SMITH was working with Correctional Officer Deonte Booker he would harass ISAIAH SMITH about his sexual orientation and would bully ISAIAH SMITH in-front of the officers at the Bridgeport Correctional Center. One of Correctional Officer Deonte Booker's comments was that if ISAIAH SMITH was at a real unit that he would be fucked up.

36. During "D Card" my supervisor, Lieutenant Michael Lane, ordered that I couldn't strip offenders of same sex. However, all officers are offered the right to strip search offenders by the Texas Department of Criminal Justice and Management and Training Corporation. A strip search is necessary function of the job that protects both the officers' and offenders' safety and restricting ISAIAH SMITH from doing this necessary function is prohibiting ISAIAH SMITH form being able to do his job.

37. Lieutenant Michael Lane told ISAIAH SMITH that his decision was based on the facts that ISAIAH SMITH was "gay."

38. During another incident tin which ISAIAH SMITH was trying to strip search a male offender, Lieutenant Dee Peevey shewed ISAIAH SMITH away after

the offender citied Lieutenant Michael Lane's orders to not allow me to strip search members of the same-sex.

39. Lieutenant Michael Lane also stated ISAIAH SMITH that if an offender complains to the supervisors at the Bridgeport Correctional Center to "licking my lips" during a strip search that an offense report that I would write to that offender would be dismissed.

40. ISAIAH SMITH was placed in the picket position at the Bridgeport Correctional Center numerous times after Lieutenant Michael Lane ordered that ISAIAH SMITH cannot strip search members of the same sex. It is well known that a picket position is less desirable than a roaming position due to monotony of the job duties.

41. During ISAIAH SMITH'S placement in the picket position, ISAIAH SMITH spoke to supervisors about my job desire as to being a rover and learning other positions. ISAIAH SMITH'S request was refused due to the fact that management did not want to deal with ISAIAH SMITH having to complete any strip searches on offenders.

42. During an incident when ISAIAH SMITH was trying to perform a strip search on a male offender, an offender made a comment about my sexuality. ISAIAH SMITH's supervisors were present during the incident and she shewed me away from being able to do the strip search.

43. ISAIAH SMITH's supervisors did not correct the offender's behavior and openly allowed that offender and other offenders to get away with doing that. That type of management structure jeopardizes and has jeopardized my safety, authority and order as a correctional officer. From that incident other offenders haw cited management's decision regarding that strip search as their refusal to comply with ISAIAH SMITH'S lawful orders

44. There were incidents in which ISAIAH SMITH was told by some male employees at the Bridgeport Correctional Center that he was not allowed to use the male restroom. This made ISAIAH SMITH feel as if he was being discriminated on the basis of his sex.

45. On October 11th, 2014 ISAIAH SMITH was assigned to work with Correctional Officer Deonte Booker. Prior to ISAIAH SMITH working with Officer Deonte Booker that day ISAIAH SMITH requested to Sergeant Ricki King to be transferred to work with another Officer due to the harassment that ISAIAH SMITH had experienced from Officer Booker.

46. Despite ISAIAH SMITH's plea to be transferred, ISAIAH SMITH was told by sergeant Ricki King that his request was denied and he told ISAIAH SMITH that he needs to learn to work with all people.

47. Despite ISAIAH SMITH requesting to work with Officers that would not harass him or bully him on the job due to his "sex", some of the employees of the MANAGEMENT AND TRAINING CORPORATION kept on discussing my sexuality orientation with the offenders such as Officer Coralee Brooks.

48. On ISAIAH SMITH'S last day at the Bridgeport Correctional Center, Correctional Officer told ISAIAH SMITH that he had lost his right to strip search male offenders and that he needed to find another job.

49. ISAIAH SMITH filed a corporate human resources complaint regarding sex discrimination, sexual harassment and retaliation that he has experienced in the workplace.

50. MANAGEMENT AND TRAINING CORPORATION did not take any action against any of their employees who discriminated or harassed ISAIAH SMITH. Thus MANAGEMENT ND TRAINING

CORPORATION was deliberately indifferent as to addressing the sex discrimination, sexual harassment and retaliation claims.

51. During the corporate human resources investigation, ISAIAH SMITH asked to be transferred to "The Sanders "Sandy" Estes Unit" due to a fear of retaliation that he would receive. MANAGEMENT AND TRAINING CORPORATION did not respond to ISAIAH SMITH'S request and instead fired ISAIAH SMITH.

52. An employee of the Texas Department of Criminal Justice's Human Resources Division has confirmed in writing on ISAIAH SMITH'S application for employment with "TDCJ" that he was fired from MANAGAMENT AND TRAINING CORPORATION for filing a corporate HR complaint.

53. MANAGEMENT AND TRAINING CORPORATION retaliated against ISAIAH SMITH for filing a corporate human resources complaint and they fired ISAIAH SMITH for doing so.

54. Due to MANAGEMENT AND TRAINING CORPORATION'S conduct, ISAIAH SMITH was hospitalized for depression.

55. Due to MANAGEMENT AND TRAINING CORPORATION'S conduct, ISAIAH SMITH lost this apartment and was for several months homeless due to this inability to pay his rent because of being fired by his old employer.

56. MANAGEMENT AND TRAINING CORPORATION was malicious and had recklessly indifferent conduct in regards to ISAIAH SMITH'S complaints.

57. MANAGEMENT AND TRAINING CORPORATION'S conduct was had caused ISAIAH SMITH to be humiliated, and emotionally distressed.

## VI.    Prayer for Relief

**Wherefore, Plaintiff prays for a judgment as follows:**

1. That the Court order Defendants to reinstate Plaintiff's employment;

2. That the Court grant full front pay to the Plaintiff;

3. That the Court grant full back pay to the Plaintiff;

4. That the Court order the Defendant to pay for Plaintiff's hospital bills and medical expenses that were in regards to MANAGEMENT AND TRAINING CORPORATION'S conduct;

5. That the Court grant Plaintiff compensatory damages for the humiliation, emotional distress, and other damages caused by Defendants' conduct;

6. That the Court grant Plaintiff punitive damages for Defendants' malicious and recklessly indifferent conduct;

7. That the Court grant Plaintiff all employment benefits he would have enjoyed had she not been discriminated and retaliated against;

8. That the Court grant Plaintiff expenses of litigation;

9. That the court order that the defendant's staff receive "Diversity training" by a third party to include information about preventative was to stop sex discrimination, sexual harassment and retaliation in employment situations;

10. That the court orders the defendant to adopt policies, procedures, and practices that prevent sex discrimination, sexual harassment and discrimination in the work place;

11. That the court orders the defendant to enforce policies, procedures and practices that are aimed to prevent sex discrimination and sexual harassment in the work place;

12. That the Court grant Plaintiff a jury trial;

13. That the Court grant Plaintiff all other relief the Court deems just and proper; and,

14. That the Court grants temporary, preliminary, and permanent injunctive relief prohibiting Defendants from engaging in further discriminatory conduct.

Respectfully submitted this 2nd day of March, 2016.

ISAIAH SMITH, Pro Se
P.O Box #163411
Fort Worth, Texas, 76161
iscampaign@usa.com
929-324-1161

CTJ
ORIGINAL (E)

JS 44-TXND (Rev. 12/12)

RECEIVED
MAR – 2 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ISAIAH SMITH

**DEFENDANTS**
MANAGEMENT AND TRAINING CORPORATION

(b) County of Residence of First Listed Plaintiff   Tarrant County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   UTAH
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

4-16CV- 176A

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☒ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | Liability   ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Pharmaceutical Slander   Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans | Liability   ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | ☐ 340 Marine   Injury Product | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| of Veteran's Benefits | Liability   **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle   ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle   ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | Product Liability   ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 360 Other Personal   Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | Injury   ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 895 Freedom of Information |
| | ☐ 362 Personal Injury -   Product Liability | Leave Act | | Act |
| | Medical Malpractice | ☐ 790 Other Labor Litigation | | ☐ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights   **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act/Review or Appeal of |
| ☐ 220 Foreclosure | ☐ 441 Voting   ☐ 463 Alien Detainee | | or Defendant) | Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment   ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | ☐ 950 Constitutionality of |
| ☐ 240 Torts to Land | ☐ 443 Housing/   Sentence | | 26 USC 7609 | State Statutes |
| ☐ 245 Tort Product Liability | Accommodations   ☐ 530 General | | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 535 Death Penalty | | | |
| | Employment   **Other:** | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Other   ☐ 550 Civil Rights | ☐ 465 Other Immigration | | |
| | ☐ 448 Education   ☐ 555 Prison Condition | Actions | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District *(specify)*   ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of the 1964 Civil Rights Act of 1964, 42 U.S.C. 2000e, etseq.
Brief description of cause:
This is an action of sex discrimination and retaliation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions):*
JUDGE                                    DOCKET NUMBER

DATE
03/02/2016

SIGNATURE OF ATTORNEY OF RECORD
Isaiah Z. Smith, Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

JS 44-TXND Reverse  (Rev. 12/12)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)  **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)  **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)  **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.  **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI.  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

VII.  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.  **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or a similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Attorney Signature.** Date and sign the civil cover sheet.